James A. Lassart (SBN 40913)
Adrian G. Driscoll (SBN 95468)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087
Email:        jlassart@mpbf.com
              adriscoll@mpbf.com

James H. Thompson, Jr. (SBN 72928)
767-A Portola Street
San Francisco, CA 94129
Telephone:    (415) 788-6291
Email:        jimthompson2@sbcglobal.net

Attorneys for Plaintiff
RONALD W. CAMPBELL

*IT IS SO ORDERED*
*Judge Edward J. Davila*
7/10/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD W. CAMPBELL,<br><br>     Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY, SANTA CRUZ COUNTY SHERIFF'S OFFICE, DEPUTY ANTHONY LUISI, JR., DEPUTY MATT DELORENZO, SERGEANT CHRISTOPHER CLARK, DEPUTY MATTHEW PRESSER, and DOES 1-100, inclusive,<br><br>     Defendants. | Case No.: 5:14-cv-00847-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendants SANTA CRUZ COUNTY, SANTA CRUZ COUNTY SHERIFF'S OFFICE, DEPUTY ANTHONY LUISI, JR., DEPUTY MATT DELORENZO, SERGEANT CHRISTOPHER CLARK, and DEPUTY MATTHEW PRESSER, stipulate by and through the undersigned Counsel for the County of Santa Cruz that service of the summons and complaint in this case has been accepted on their behalf by said County Counsel. Plaintiff RONALD CAMPBELL and defendants stipulate and agree that defendants shall have an extension of time, through the close of business on August 15,

1  2014, in which to file and serve an answer or other responsive pleading in this case.

2

3  Dated: July 9, 2014

                                          MURPHY, PEARSON, BRADLEY & FEENEY

4

5                                            By /s/ JAMES A. LASSART
                                              James A. Lassart

6                                                Adrian G. Driscoll
                                              Attorneys for Plaintiff

7                                                RONALD W. CAMPBELL

8                                                JAMES H. THOMPSON, JR.
                                              LAW OFFICE OF JAMES H. THOMPSON, JR.

9                                                Attorneys for Plaintiff
                                              RONALD W. CAMPBELL

10

11  Dated: July 9, 2014

                                          DANA McRAE, COUNTY COUNSEL

12

13

14                                            By /s/ JASON M. HEATH
                                              Jason M. Heath, Chief Deputy County Counsel

15                                                Jordan Sheinbaum, Asst. County Counsel
                                              Attorneys for Defendants

16                                                SANTA CRUZ COUNTY, SANTA CRUZ COUNTY
                                              SHERIFF'S OFFICE, DEPUTY ANTHONY LUISI,

17                                                JR., DEPUTY MATT DELORENZO, SERGEANT
                                              CHRISTOPHER CLARK, and DEPUTY
                                              MATTHEW PRESSER

18

19  20790187.doc

20

21

22

23

24

25

26

27

28

- 2 -

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
(Case No. 5:14-cv-00847-EJD)