IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD W. CAMPBELL, | CASE NO. 5:14-cv-00847 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SANTA CRUZ COUNTY, et. al., | |
| Defendant(s). | |

Having reviewed Plaintiff's Case Management Statatement (see Docket Item No. 23), the court finds that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for July 18, 2014, is CONTINUED to **10:00 a.m. on September 5, 2014.** The parties shall file a Joint Case Management Statement on or before **August 29, 2014.**

**IT IS SO ORDERED.**

Dated: July 16, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:14-cv-00847 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE