1  James A. Lassart (SBN 40913)
   Adrian G. Driscoll (SBN 95468)
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108
   Telephone:    (415) 788-1900
4  Facsimile:    (415) 393-8087
   Email:        jlassart@mpbf.com
5                adriscoll@mpbf.com

6  James H. Thompson, Jr. (SBN 72928)
   767-A Portola Street
7  San Francisco, CA  94129
   Telephone:    (415) 788-6291
8  Email:        jimthompson2@sbcglobal.net

9  Attorneys for Plaintiff
   RONALD W. CAMPBELL

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 8/14/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD W. CAMPBELL,<br><br>     Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY, SANTA CRUZ COUNTY SHERIFF'S OFFICE, DEPUTY ANTHONY LUISI, JR., DEPUTY MATT DELORENZO, SERGEANT CHRISTOPHER CLARK, DEPUTY MATTHEW PRESSER, and DOES 1-100, inclusive,<br><br>     Defendants. | Case No.: 5:14-cv-00847-EJD<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

On July 9, 2014, Plaintiff RONALD CAMPBELL and Defendants SANTA CRUZ COUNTY, SANTA CRUZ COUNTY SHERIFF'S OFFICE, DEPUTY ANTHONY LUISI, JR., DEPUTY MATT DELORENZO, SERGEANT CHRISTOPHER CLARK, and DEPUTY MATTHEW PRESSER, stipulated by and through their counsel that service of the summons and complaint on defendants in this case has been accepted on their behalf by said County Counsel and further stipulated to extend the

- 1 -

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
(Case No. 5:14-cv-00847-EJD)

1  time to respond to complaint to August 15, 2014.

2  However, lead counsel for Defendants, Jordan Sheinbaum was on vacation and out of the
3  country at the time this case was assigned to him and as a result the parties have agreed to grant
4  defendants additional time to prepare and file an answer in this matter.

5  Therefore, Plaintiff RONALD CAMPBELL and Defendants stipulate and agree that defendants
6  shall be granted an extension of time, through the close of business on August 25, 2014, in which to
7  file and serve an answer in this case.

Dated: August 13, 2014

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ JAMES A. LASSART
   James A. Lassart
   Adrian G. Driscoll
   Attorneys for Plaintiff
   RONALD W. CAMPBELL

JAMES H. THOMPSON, JR.
LAW OFFICE OF JAMES H. THOMPSON, JR.
Attorneys for Plaintiff
RONALD W. CAMPBELL

Dated: August 13, 2014

DANA McRAE, COUNTY COUNSEL

By /s/ JORDAN SHEINBAUM
   Jordan Sheinbaum, Asst. County Counsel
   Attorneys for Defendants
   SANTA CRUZ COUNTY, SANTA CRUZ COUNTY
   SHERIFF'S OFFICE, DEPUTY ANTHONY LUISI,
   JR., DEPUTY MATT DELORENZO, SERGEANT
   CHRISTOPHER CLARK, and DEPUTY
   MATTHEW PRESSER