United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY, et al.,<br><br>Defendants. | Case No. 14-cv-00847-EJD  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 20, 2015<br>Mediator: Carol Woodward |

IT IS HEREBY ORDERED that the request to excuse named defendant Matthew Presser from participating in the May 20, 2015, mediation before Carol Woodward is DENIED.

**IT IS SO ORDERED**.

Dated: March 5, 2015

Maria-Elena James
United States Magistrate Judge