UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD W. CAMPBELL, | Case No. 5:14-cv-00847-PSG |
| Plaintiff, | **ORDER RE: MEMORANDUM** |
| v. | **(Re: Docket No. 43)** |
| SANTA CRUZ COUNTY, et al., | |
| Defendants. | |

Third-Party Custodian of Records for the Oakland Police Department requests *in camera review* of and a protective order governing documents that Plaintiff Ronald W. Campbell seeks pursuant to a subpoena. Because the subpoena requires that documents be produced by April 21, 2015, OPD seeks immediate relief. But fact discovery in this case does not close until June 19, 2015,[1] and the court sees no reason to dispose of this issue in an expedited manner other than the looming production deadline.

The court sets this matter for hearing on May 19, 2015 at 10:00 AM pursuant to Civ. L.R. 7-2(a).[2] The parties shall submit further briefing in accordance with Civ. L.R. 7-3. The court further stays the subpoena to allow the court to resolve the issue of how best to proceed.

---

[1] *See* Docket No. 42.

[2] Civ. L.R. 7-2(a) ("all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion.").

1

Case No. 5:14-cv-00847-PSG
ORDER RE: MEMORANDUM

1   **SO ORDERED.**

2   Dated: April 9, 2015

3   _____
    PAUL S. GREWAL
4   United States Magistrate Judge