UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY, et al.,<br><br>Defendants. | Case No.  14-cv-00847-EJD   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  August 20, 2015<br>Mediator:  Carol Woodward |

IT IS HEREBY ORDERED that the request to excuse defendant Deputy Anthony Luisi, Jr. from participating in the August 20, 2015, mediation before Carol Woodward is GRANTED.

**IT IS SO ORDERED**.

Dated: August 17, 2015

Maria-Elena James
United States Magistrate Judge